FILED: 12-2-2011

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salvador Guillen, ) | CASE NO. CV 11-1561-GHK (VBKx) |
|     Plaintiff, ) | |
|   v. ) | JUDGMENT |
| Greenpoint Mortgage Funding, Inc., ) et al., ) | |
|     Defendants. ) | |

    Based on the Court's December 2, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Salvador Guillen's ("Plaintiff") against Defendants Greenpoint Mortgage Funding, Inc., Residential Funding Company, LLP, Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., and Bank of America, N.A. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this action.

    **IT IS SO ORDERED**.

DATED: December 2, 2011

_____
GEORGE H. KING
United States District Judge